# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GLORIA J. SEAMSTER,**

    Plaintiff,

-vs-                      Case No. 16-C-599

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

    Defendant.

## DECISION AND ORDER

Gloria Seamster requests leave to proceed *in forma pauperis* in this action, an appeal from the denial of social security disability benefits. Seamster's affidavit demonstrates that she is unable to pay the filing fee to commence this case. 28 U.S.C. § 1915(a)(1). Therefore, Seamster's motion [ECF No. 4] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 24th day of May, 2016.

                              **SO ORDERED:**

                              */s/ Rudolph T. Randa*
                              **HON. RUDOLPH T. RANDA**
                              **U.S. District Judge**